UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANIE MARIE JONES,<br><br>               Plaintiff(s),<br><br>vs.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC., et al.,<br><br>               Defendant(s). | Case No. 2:14-cv-01301-GMN-NJK<br><br>ORDER<br><br>(Docket Nos. 33, 41) |

       Pending before the Court is Plaintiff's motion for a 60-day extension of the discovery cut-off, and subsequent deadlines. Docket No. 33. Defendants filed responses and Plaintiff filed a reply. Docket Nos. 36, 37, 41.

       Also pending before the Court is Plaintiff's motion to withdraw documents. Docket No. 42. Plaintiff represents that the ominbus replies at Docket Nos. 38 and 39 were inadvertently filed and, therefore, requests that the Court withdraw them to avoid duplicative filings. *Id.* The Court finds the motions properly resolved without oral argument. *See* Local Rule 78-2. For the reasons discussed below, the Court hereby **GRANTS** the motions.

       Requests to extend the deadlines in the scheduling order must be supported by good cause and, in the case of requests made less than 21-days prior to the subject deadline, by excusable neglect. *See* Local Rule 26-4. The pending motion indicates that an extension is required because Plaintiff needs to reschedule the deposition of Defendant Mountainview's DaVita Dialysis liaison,

Alice Conroy. *See* Docket No. 40 at 4.[1] The Court finds Plaintiff has presented sufficient basis for the requested extension.

The following deadlines are hereby extended as follows:

- <u>Discovery cutoff</u>:  September 11, 2015;
- <u>Dispositive motion deadline</u>:  October 9, 2015;
- <u>Joint pretrial order</u>:  November 6, 2015, or 30 days after resolution of dispositive motions (*see* Local Rule 26-1(e)(5)).

Accordingly,

IT IS SO ORDERED:

1. Plaintiff's motion to extend discovery (Docket No. 33) is hereby **GRANTED**.
2. Plaintiff's motion to withdraw (Docket No. 42) is hereby **GRANTED**.

DATED: July 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The motion to extend also notes that there is a current discovery dispute pending before the Court. *See* Docket No. 40 at 4. The Court herein expresses no opinion as to that dispute.

- 2 -