# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANIE MARIE JONES,<br><br>       Plaintiff,<br><br>vs.<br><br>MOUNTAINVIEW HOSPITAL, et al.,<br><br>       Defendants. | Case No. 2:14-cv-01301-GMN-NJK<br><br>ORDER<br><br>(Docket No. 34) |

Pending before the Court is Plaintiff's motion to compel, filed on July 4, 2015. Docket No. 34. On August 17, 2015, the parties filed a joint notice of settlement, in which they submitted that all currently pending motions are moot. Docket No. 49. The Court, therefore, **DENIES** Plaintiff's motion to compel, Docket No. 34, as moot.

IT IS SO ORDERED.

DATED: August 27, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge